## 31615. STRICKLAND v. STRICKLAND et al.

PER CURIAM.

Plaintiff Richard L. Strickland appeals from a judgment in favor of the defendants in his suit to oust the defendants from various tracts of land and to cancel certain deeds.

After reviewing the trial court's findings of fact and conclusions of law, we find no error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 8, 1976 — DECIDED JANUARY 6, 1977.

*E. Graydon Shuford,* for appellant.

*W. L. Strickland, Donald B. Howe, Jr., E. Carl Prince, Jr.,* for appellees.